**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Reginald Cuttino MELVIN,
Defendant—Appellant.**

No. 08–7209.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 4, 2008.

Decided: Dec. 17, 2008.

Reginald Cuttino Melvin, Appellant Pro Se. Joan Brodish Binkley, Lisa Blue Boggs, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Cuttino Melvin appeals the district court's order accepting the recommendation of the magistrate judge and denying his claim for exemption and request for a hearing, and denying his motion to stay disposition of seized property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Melvin*, No. 1:02–cr–00201–NCT–1, 2008 WL 2550597 (M.D.N.C. June 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*